Todd M. Friedman (216752)
Adrian R. Bacon (280332)
**Law Offices of Todd M. Friedman, P.C.**
21550 Oxnard Street, Suite 780
Woodland Hills, CA 91367
Phone: (877) 206-4741
Fax: (866)633-0228
tfriedman@toddflaw.com
abacon@toddflaw.com
Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **JEFF EUBANK,**<br><br>   **Plaintiff,**<br><br>   vs.<br><br>**TERMINIX INTERNATIONAL, INC.,**<br><br>Defendant.<br><br>   **Defendants.** | **Case No. 3:15-CV-00145-WQH-JMA**<br><br>**NOTICE OF MOTION FOR APPROVAL OF PAGA SETTLEMENT**<br><br>**(Honorable William Q. Hayes)**<br><br>**NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT** |

**NOTICE OF MOTION FOR APPROVAL OF PAGA SETTLEMENT**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that before the Honorable William Q. Hayes of the United States District Court, Southern District of California, located at Courtroom 14B, Suite 1480, 333 West Broadway, San Diego, CA 92101, Plaintiff Jeff Eubank ("Plaintiff"), Rodrigo Rivas and Jimmy Renteria will and hereby do move for approval of the Parties PAGA Settlement. No Oral Argument is requested by the parties, unless requested by the Court.

This Motion is based upon this Notice, the Memorandum of Points and Authorities, Plaintiff's counsel Adrian Bacon's declaration, the declarations of Larry Lee, Paul Haines and William Marder, the Proposed Order, all pleadings on file, and any further matters as the Court deems proper to consider.

Respectfully submitted,

**THE LAW OFFICES OF TODD FRIEDMAN P.C.**

Date: January 27, 2019,         By:/s/ Adrian R. Bacon
                                Adrian R. Bacon, Esq.
                                Law Offices of Todd M. Friedman
                                *Attorney for Plaintiff*

---

**1**
**NOTICE OF MOTION FOR APPROVAL OF PAGA SETTLEMENT**

## CERTIFICATE OF SERVICE

Filed electronically on this 27th day of January, 2019, with:

United States District Court CM/ECF system

Notification sent electronically on this 27th day of January, 2019, to:

Honorable Judge William Q. Hayes
United States District Court
Southern District of California

MICHELLE RAPOPORT,
mrapoport@littler.com
Littler Mendelson P.C.


s/Adrian R. Bacon
Adrian R. Bacon