**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **JEFF EUBANK,**<br><br>　　　　**Plaintiff,**<br><br>　vs.<br><br>**TERMINIX INTERNATIONAL, INC.,**<br><br>Defendant.<br><br>　　　　**Defendants.** | **Case No. 3:15-CV-00145-WQH-JMA**<br><br>**ORDER GRANTING UNOPPOSED MOTION FOR APPROVAL OF PAGA SETTLEMENT**<br><br>**(Honorable William Q. Hayes)**<br><br>**NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT** |

The Court, having read the papers filed with regard to Plaintiff's unopposed Motion for Approval of Settlement of Claims brought under the Private Attorneys General Act ("PAGA") (ECF No. 75), Labor Code section 2698, *et seq.* hereby FINDS AND ORDERS as follows:

Good cause appearing, and pursuant to Labor Code section 2699(l)(2), the Settlement Agreement, attached as Exhibit 1 to the Declaration of Adrian Bacon filed on January 27, 2019, is APPROVED.

The proposed settlement effectuates the purposes of PAGA and provides a fair recovery for the aggrieved employees ("Pest Control Technicians"), offers an appropriately limited release, and involves a significant payment to the Labor and Workforce Development Agency ("LWDA") to continue its enforcement work.

The attorneys' fees and costs sought are reasonable and appropriate. The rates that Plaintiff's Counsel have charged are reasonable and within the range of rates customarily charged by attorneys of comparable skill, qualifications, and experience in the Los Angeles Area.

The Settlement Administrator is directed to administer the settlement pursuant to its terms.

**IT IS SO ORDERED.**

Dated: March 25, 2019

Hon. William Q. Hayes
United States District Court